**Opinion issued June 26, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-15-00555-CR

_____

### IN RE MATHEW PAYAM SHALOUEI, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Mathew Payam Shalouei, has filed a petition for writ of mandamus

challenging the trial court's denial of relator's request for the issuance of a pre-trial

writ of habeas corpus.[1] We **deny** the petition.

### PER CURIAM

Panel consists of Chief Justice Radack and Justices Higley and Massengale.

---

[1] The underlying case is *Ex Parte Mathew Payam Shalouei*, cause number 1437307, pending in the 263rd District Court of Harris County, Texas, the Honorable Jim Wallace presiding.

Do not publish. Tᴇx. R. Aᴘᴘ. P. 47.2(b).